IN THE SUPREME COURT OF THE STATE OF MONTANA

No. AF 06-163

FILED

MAR 1 4 2006

*Ed Smith*

CLERK OF THE SUPREME COURT
STATE OF MONTANA

| | |
|---|---|
| IN RE REVISION OF THE RULES FOR CONTINUING LEGAL EDUCATION | ) )  ) |

ORDER

On February 23, 2006, Scott Burnham, Chair of the Montana Commission on Continuing Legal Education (the Commission) filed a Petition on behalf of the Commission proposing two rule changes to the 2001 Rules for Continuing Legal Education.

Specifically, the Commission proposed changing Rule 3A as follows:

A. Membership, Appointment, and Terms.

The Commission consists of nine (9) members, six (6) of whom shall be admitted to practice law in the State of Montana, and ~~two (2)~~ three (3) of whom shall be residents of the State not admitted to the practice of law. ~~and one (1) of whom shall be a paralegal member of the State Bar of Montana.~~

Additionally, the Commission proposed changing Rule 6 of the 2001 Rules for Continuing Legal Education as follows:

B. Accreditation and Accreditation Standards - General

6. It shall not be offered on a basis that discriminates against attendees on account of race, color, sex, sexual orientation, culture, social origin or condition, or political or religious ideas.

Having reviewed the Rule changes, and good cause shown in the Petition:

IT IS ORDERED that the Commission's Petition is GRANTED.

IT IS FURTHER ORDERED that the first sentence of Rule 3A of the 2001 Rules for Continuing Legal Education is amended in the foregoing respects. Underlined language is added and stricken language is deleted. In all other respects Rule 3A shall remain unchanged.

1

IT IS FURTHER ORDERED that Rule 6B of the 2001 Rules for Continuing Legal Education shall be amended by adding thereto a subparagraph 6 in the foregoing respects by adding all underlined language. In all other respects, Rule 6B shall remain unchanged.

IT IS FURTHER ORDERED that the Clerk of this Court shall give notice of this Order by mail to Scott Burnham, Chair of the Montana Commission on Continuing Legal Education; to Chris Manos, Executive Secretary of the State Bar of Montana with the request that a copy of this Order be published in the next available issue of the Montana Lawyer and published to the State Bar of Montana's website; and to Judy Meadows, State Law Librarian, with the request that a copy of this Order be published to the State Law Library's website.

DATED this \14\ day of March, 2006.

Chief Justice

Justices